**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONI F.,[1] | Case No. EDCV 20-2235 DMG (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED:  May 6, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.